Mark G. Tratos (Bar No. 1086)
Ronald D. Green, Jr. (Bar No. 7360)
Tyler R. Andrews (Bar No. 9499)
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 500 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

Counsel for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Floyd Mayweather Jr., an individual,<br><br>    Plaintiff,<br><br>v.<br><br>Recaptured.com, an entity of unknown origin,<br><br>    Defendant. | Case No. 2:08-cv-0599-KJD-GWF<br><br>**ORDER GRANTING PERMANENT INJUNCTION AND FINAL JUDGMENT** |

UPON CONSIDERATION of Plaintiff's Motion for Default Judgment, the accompanying points and authorities, the record in this action, and for other good cause shown;

IT IS HEREBY ORDERED that default judgment is hereby entered in favor of Plaintiff Floyd Mayweather, Jr. and against Defendant Recaptured.com for use of the <floydmayweather.com> Infringing Domain Name;

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1.

LV 418,720,226v1 10-27-08

| | |
|---|---|
| 1 | IT IS FURTHER ORDERED that the registrar for the Infringing Domain Name shall |
| 2 | transfer the <floydmayweather.com> domain name registration to Plaintiff. |
| 3 | IT IS FURTHER ORDERED that the registrar for the Infringing Domain Name shall |
| 4 | transfer the <floydmayweather.com> domain name registration to Plaintiff and if the |
| 5 | registrar so chooses to act in abidance of the defendant and is unwilling to comply with this |
| 6 | order, control of the domain name shall then be assigned to the corresponding registry, |
| 7 | Verisign, of the <floydmayweather.com> domain name who will then be required to change |
| 8 | the registrar of record for the domain name to Tucows, Inc., which will subsequently |
| 9 | permanently transfer the <floydmayweather.com> domain name to Plaintiff. |

_____
UNITED STATES DISTRICT JUDGE
DATED: 10/30/08

Submitted by:

GREENBERG TRAURIG, LLP

_____
Mark G. Tratos (Bar No. 1086)
Ronald D. Green, Jr. (Bar No. 7360)
Tyler R. Andrews (Bar No. 9499)
3773 Howard Hughes Parkway
Suite 500 North
Las Vegas, Nevada 89169
Counsel for Plaintiff

2.

LV 418,720,226v1 10-27-08